JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RIVERA and ANA RIVERA,   )<br>                                                      )<br>            Plaintiffs,                          )<br>                                                      )<br>      vs.                                          )<br>                                                      )<br>AURORA LOAN SERVICES, LLC, )<br>                                                      )<br>            Defendant.                        )<br>_____ ) | Case No.: CV 10-5237 DSF (JCGx)<br><br>JUDGMENT |

The Court having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 9/1/10

_____
Dale S. Fischer
United States District Judge